IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| THE PARADIGM ALLIANCE, INC. ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| v. ) | Civil Action No. 6:07-CV-1121 |
| ) | |
| CELERITAS TECHNOLOGIES, LLC and ) | |
| CELERITASWORKS, LLC ) | |
| ) | |
| Defendants/Counterclaim Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| KEN WILKERSON, ) | |
| ) | |
| Third Party Defendant. ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Celeritas Technologies, LLC and CeleritasWorks, LLC, pursuant to the Federal Rules of Civil Procedure, including Rule 56, respectfully move this Court to grant summary judgment to Defendants on all of Plaintiff's claims (Counts I through X) in Plaintiff's First Amended Complaint and grant Defendants their attorneys' fees and expenses pursuant to the terms of the executed Reseller Agreement between the parties and the law, as requested in Defendants' accompanying Memorandum of Law filed concurrently herewith in support of this Motion.

Dated: February 3, 2009	Respectfully submitted,

LATHROP & GAGE L.C.

By:   s/ David R. Barnard
    David R. Barnard		KS # 17955
    Email: dbarnard@lathropgage.com
    James Moloney		KS # 77948
    Email: jmoloney@lathropgage.com
    Jason Parks		KS# 21466
    Email:jparks@lathropgage.com
    **LATHROP & GAGE L.C.**
    2345 Grand Blvd., Suite 2400
    Kansas City, Missouri 64108-2684
    Tel:  (816) 292-2000
    Fax:  (816) 292-2001

    Jack Focht		KS#05679
    jfocht@foulston.com
    **FOULSTON SIEFKIN LLP**
    1551 N. Waterfront Pkwy., Suite 100
    Wichita, KS 67206
    Tel: (316) 291-9519
    Fax: (866) 738-3159

    *Attorneys for Defendants*
    *Celeritas Technologies, LLC and*
    *CeleritasWorks, LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of February, 2009, I caused to be electronically filed with the Clerk of Court, District of Kansas using the CM/ECF system the above and foregoing, which will send a notice of filing to the following counsel of record:

William R. Sampson  wsampson@shb.com
Michael S. Cargnel  mcargnel@shb.com
Brian P. Baggott  bbaggott@shb.com
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108-2613

Kurt Harper  kurt.harper@sherwoodharper.com
Sherwood, Harper, Dakan, Unruh & Pratt, P.C.
Riverfront Place – 833 North Waco
PO Box 830
Wichita, Kansas 67201

ATTORNEYS FOR PARADIGM

Steven F. Coronado  sfc@stb-law.com
Mark D. Katz  mdk@stb-law.com
Sherman Taff Bangert Thomas & Coronado, P.C.
2890 City Center Square
1100 Main St.
P.O. Box 26530
Kansas City, MO 64196

ATTORNEYS FOR KEN WILKERSON

      s/ David R. Barnard
      An Attorney for Defendants

- 3 -

CC 2077314v1